In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 20-11393

_____

MICHAEL WADE NANCE,

                                                                                             Plaintiff-Appellant,

*versus*

COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS,
WARDEN, GEORGIA DIAGNOSTIC AND CLASSIFICATION PRISON,

                                                                                             Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:20-cv-00107-JPB

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: January 30, 2023

For the Court: DAVID J. SMITH, Clerk of Court